

**DEPOMAXMERIT**
LITIGATION SERVICES
800-337-6629   801-328-1188

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 121445 | 10/01/2007 | 03-52291 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/18/2007 | KELLY | 2:06CV00153BS |

| CASE CAPTION |
|---|
| Overton vs. Atlas Stock Transfer |
| **TERMS** |
| Due upon receipt |

Joe Cartwright
CARTWRIGHT LAW FIRM
4084 South 300 West
Suite 200
Salt Lake City, UT 84107

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Stan Overton                                                      429.35

                                          TOTAL   DUE   >>>>         429.35

***COMPLIMENTARY UPON REQUEST***
Condensed Transcript
Key-Word Indexes
E-Transcript & ASCII files
PDF Copies of Exhibits
```

TAX ID NO.: 87-0623280                              (801) 994-6980    Fax (801) 912-7164

*Please detach bottom portion and return with payment.*

---

Joe Cartwright
CARTWRIGHT LAW FIRM
4084 South 300 West
Suite 200
Salt Lake City, UT 84107

```
Invoice No.:  121445
Date       :  10/01/2007
TOTAL DUE  :     429.35


Job No.    :  03-52291
Case No.   :  2:06CV00153BSJ
Overton vs. Atlas Stock Transfer
```

Remit To:   **DepomaxMerit Litigation Services**
            **333 S. Rio Grande**
            **Salt Lake City, UT 84101**